David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, EARNESTEEN HARRIS*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS, | ) Case No. 2:17-cv-02321-RFB-CWH )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER**<br>) **DISMISSING ACTION AS TO**<br>) <u>**BANK OF AMERICA, N.A. ONLY**</u> |
| BANK OF AMERICA, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

Plaintiff EARNESTEEN HARRIS and Defendant BANK OF AMERICA, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed in

…

…

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANK OF AMERICA, N.A.**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: November 10, 2017

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff*<br>*EARNESTEEN HARRIS* | By:<br><br>/s/ Rex D. Garner, Esq.<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorney for Defendant*<br>*BANK OF AMERICA, N.A.* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 13th day of November, 2017.