David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
EARNESTEEN HARRIS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EARNESTEEN HARRIS, | Case No. 2:17-cv-02321-RFB-CWH- |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant EQUIFAX INFORMATION SERVICES, LLC**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant EQUIFAX INFORMATION SERVICES, LLC, **and only as to Defendant EQUIFAX INFORMATION SERVICES, LLC** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant EQUIFAX INFORMATION SERVICES, LLC**.

Dated:       January 4, 2018

                                Respectfully submitted,

                                By:   /s/David H. Krieger, Esq.
                                       David H. Krieger, Esq. (Nevada Bar No. 9086)
                                       HAINES & KRIEGER, LLC
                                       8985 S. Eastern Avenue, Suite 350
                                       Henderson, Nevada 89123
                                       *Attorney for Plaintiff*